

FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 10:38 am, Aug 26, 2020

# In the United States District Court
## For the Southern District of Georgia
### Waycross Division

KENNETH JAMES,          *
        *
    Petitioner,   *   CIVIL ACTION NO.: 5:19-cv-117
        *
 v.      *
        *
TRACY JOHNS,            *
        *
    Respondent.   *

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 11. Petitioner Kenneth James ("James") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **GRANTS** Respondent's Motion to Dismiss, **DENIES** James' 28 U.S.C. § 2241 Petition, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** James *in forma pauperis* status on appeal.

**SO ORDERED**, this _____ 26 _____ day of _____ August _____ , 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)