AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
John E. Triplett, Acting Clerk
United States District Court

*By casbell at 9:44 am, Aug 27, 2020*

KENNETH JAMES,

    Petitioner,

v.

TRACY JOHNS,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV519-117

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered 8/26/20, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court. Therefore, the Respondent's Motion to Dismiss is GRANTED, the petition filed pursuant 28 U.S.C. § 2241 is DENIED and in forma pauperis status on appeal is DENIED. This case stands CLOSED.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

August 27, 2020
Date

John E. Triplett, Acting Clerk
Clerk

*Candy Asbell*
(By) Deputy Clerk

GAS Rev 10/1/03